# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NICKEY A. LANDOR

NO. 2023 KW 1253

**FEBRUARY 16, 2024**

---

In Re:    Nickey A. Landor, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          423940.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

                         JEW
                         EW
                         TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT